**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Vehid Dubric,

Plaintiff(s),

v.

CalPortland Company,

Defendant(s).

Case No. 2:26-cv-02108-ART-MDC

**Order**

"The evaluating magistrate judge has final authority to . . . exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable." Local Rule 16-6(c). The parties filed a joint statement that proceeding with an early neutral evaluation would be a worthwhile endeavor. Docket No. 20. The Court has also received the parties' *in camera* statements. Among other issues, Plaintiff's opening demand is 157 times higher than Defendant's opening offer. Particularly in these days of very heavy judicial caseloads, the Court concludes that expending judicial resources on an early neutral evaluation would not be a worthwhile endeavor in this case.[1] Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: October 16, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The parties are certainly free to continue discussing settlement or to seek private mediation.