Cory A. Santos, Sr., Esq.
Nevada State Bar No. 8247
Cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.pro
SANTOS LAW, PLLC.
9480 S. Eastern Ave., Ste. 251
Las Vegas, NV 89123
Office: (725) 214-4220; Fax: (702) 456-5130
Attorneys for Plaintiff, Vehid Dubric

SANTOS LAW, PLLC.
9480 S. Eastern Ave., Ste. 251, Las Vegas, NV 89123
Telephone: (725) 214-4220 Fax No.: (702) 456-5130

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEHID DUBRIC,<br><br>Plaintiff,<br><br>vs.<br><br>CALPORTLAND COMPANY, ROE Business Organizations, 1-50; and DOE INDIVIDUALS, 1-50, inclusive,<br><br>Defendants, | Case No.: 2:26-cv-02108-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(First Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days, up to and including March 19, 2027. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff originally filed his action on April 14, 2026.
2. Plaintiff amended his Complaint and served it on June 23, 2026 in Clark County District Court.
3. Defendant filed a Petition for Removal on July 13, 2026. (ECF. No. 1).
4. Defendant answered the Complaint on July 30, 2026. (ECF. No. 7).

SANTOS LAW, PLLC.
9480 S. Eastern Ave., Ste. 251, Las Vegas, NV 89123
Telephone: (725) 214-4220 Fax No.: (702) 456-5130

5. The Court approved the parties' Stipulated Discovery Plan and Scheduling Order on August 11, 2026. (ECF. No. 11).

6. The parties commenced discovery, with both parties issuing initial and supplemental disclosures, and serving and responding to written discovery requests.

7. The parties are requesting an additional sixty days for discovery in order to complete depositions.

8. This is the parties' first request for a discovery continuance.

## I. DISCOVERY COMPLETED

| | |
|---|---|
| August 18, 2026 | Plaintiff's Initial Disclosures |
| August 20, 2026 | Defendant's Initial Disclosures |
| August 14, 2026 | Plaintiff's Interrogatories & Request for Production to Defendant – Defendant Responded |
| August 18, 2026 | Plaintiff's Second Request for Production to Defendant – Defendant Responded |
| September 9, 2026 | Defendant's Interrogatories & Request for Production to Plaintiff – Plaintiff Responded |
| September 28, 2026 | Defendant's Initial Document Production |
| September 29, 2026 | Defendant's First Supplemental Disclosures |
| October 6, 2026 | Plaintiff's First Supplemental Disclosures |
| October 9, 2026 | Plaintiff's Second Supplemental Disclosures |
| October 12, 2026 | Plaintiff's Third Request for Production – extension for responses granted to November 25, 2026. |
| October 23, 2026 | Plaintiff's Third Supplemental Disclosures |

## II. DISCOVERY REMAINING

1. Deposition of Plaintiff
2. Deposition of Person or Persons Most Knowledgeable for Defendant
3. Expert Depositions
4. Issuance of subpoenas to Plaintiff's non-party employers
5. Other discovery as deemed necessary

SANTOS LAW, PLLC.
9480 S. Eastern Ave., Ste. 251, Las Vegas, NV 89123
Telephone: (725) 214-4220 Fax No.: (702) 456-5130

## III. <u>REASON WHY DISCOVERY WAS NOT COMPLETED</u>

In the three months since the issuance of the Discovery Scheduling Order, both parties have disclosed over four hundred (400) pages of documents each in their initial and supplemental disclosures. Both parties have propounded and answered written discovery. Despite their diligence, Plaintiff still needs to take the deposition of FRCP 30(b)(6) witnesses and Defendant needs to take the deposition of Plaintiff. Both parties may also need to take the depositions of additional witnesses garnered through discovery, and need time to designate experts, if necessary.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SANTOS LAW, PLLC.
9480 S. Eastern Ave., Ste. 251, Las Vegas, NV 89123
Telephone: (725) 214-4220 Fax No.: (702) 456-5130

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings | NA | NA |
| Expert Disclosures | November 19, 2026 | Monday, January 18, 2027 |
| Rebuttal Expert Disclosures | December 21, 2026 | Monday, February 22, 2027 |
| Discovery Cut-Off | January 18, 2027 | Friday, March 19, 2027 |
| Dispositive Motions | February 17, 2027 | Monday, April 19, 2027 |
| Pretrial Order | March 19, 2027 | Wednesday, May 19, 2027 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay, but rather for the purposes set forth above.

We certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated: November 13, 2026

Respectfully submitted,

/s/ *Theresa M. Santos*

____________________________
Theresa M. Santos, Esq.
SANTOS LAW, PLLC.

Attorneys for Plaintiff
VEHID DUBRIC

Dated: November 13, 2026

Respectfully submitted,

/s/ *Kyle J. Hoyt, Esq.*

____________________________ Kyle
J. Hoyt, Esq.
Lori N. Brown, Esq.
JACKSON LEWIS, P.C.

Attorneys for Defendant
CALPORTLAND COMPANY

**IT IS SO ORDERED.**

____________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: November 16, 2026